IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHONTA E. CAROTHERS,<br>O/B/O S.T.G.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security<br><br>　　　　　　Defendant | :<br>:<br>:<br>:　CIVIL ACTION<br>:<br>:<br>:　No. 21-cv-4346-RAL<br>:<br>: |

# O R D E R

**AND NOW** this 8th day of March 2024, upon consideration of the Parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 10) is **DENIED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

　　　　　　　　　　　　　　　　　　　　　　 s/ Richard A. Lloret
　　　　　　　　　　　　　　　　　　　　**HON. RICHARD A. LLORET**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).